Dovie Wilson, Administratrix of Estate of Charles Herbert Wilson, Deceased, Appellee, v. Decatur Cartage Company and Jessie Boomer, Appellants.

Gen. No. 9,706.

opinion filed January 27, 1942. Gower, Gray & Gower, for appellants; Vernon G. Butz and David Allison, for appellee. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''